UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| EDGAR VICENTE BERMEO SICHA, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) ) Civil No. 1:25-cv-00418-SDN |
| JUAN D. BERNAL, et al., | ) ) ) |
| Respondents. | ) ) |

## JUDGMENT

In accordance with the Order entered by U.S. District Judge, Stacey D. Neumann on August 29, 2025, and the subsequent status report filed by Respondents on September 1, 2025;

JUDGMENT is hereby entered for the Petitioner, Edgar Vicente Bermeo Sicha and against the Respondents.

ERIC M. STORMS
ACTING CLERK

Dated: October 27, 2025          By:     /s/ Meghan York
                                         Deputy Clerk